UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | **Corey Lavelle Adams**<br>1677 Oak Haven Drive SW<br>Marietta, GA 30008<br><br>**xxx–xx–7852**<br><br>Debtor(s) | )<br>)  Case No.: **18–52253–pmb**<br>)  Chapter:  **13**<br>)<br>)<br>) |

### ORDER VACATING ORDER

    On April 4, 2018, the Clerk issued an order entitled Order Dismissing Case for Debtor's Failure to Pay Filing Fee in error. Accordingly, it is hereby

    ORDERED that the Order Dismissing Case for Debtor's Failure to Pay Filing Fee entered April 4, 2018 is hereby *VACATED* in its entirety.

    The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's Counsel, if any, the Trustee, and any parties in interest.

SO ORDERED, ON April 4, 2018.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: April 4, 2018

Form orvacor –11/2016